```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 22084
    VERZELL BANNER
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER
         Debtor
    SSN XXX-XX-5722

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/22/2008 and was confirmed 10/29/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
BANK OF AMERICA            UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED           225.00         .00            .00
PRA RECEIVABLES MGMT       UNSECURED           586.87         .00            .00
JC PENNEY                  UNSECURED        NOT FILED         .00            .00
LASALLE BANK               UNSECURED        NOT FILED         .00            .00
ST JAMES HOSPITAL          UNSECURED        NOT FILED         .00            .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED         .00            .00
CAPITAL ONE                UNSECURED           587.58         .00            .00
CITIMORTGAGE               CURRENT MORTG        .00           .00            .00
BANK OF AMERICA            CURRENT MORTG        .00           .00            .00
CITIMORTGAGE               MORTGAGE ARRE        .00           .00            .00
BANK OF AMERICA            MORTGAGE ARRE        .00           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,491.50                      496.85
TOM VAUGHN                 TRUSTEE                                         38.55
DEBTOR REFUND              REFUND                                         541.70

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 1,077.10

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  496.85
TRUSTEE COMPENSATION                             38.55
DEBTOR REFUND                                   541.70
                        --------------        --------------
TOTALS                  1,077.10              1,077.10


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 22084 VERZELL BANNER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE